Vermont Superior Court
Filed 08/31/22
Washington Unit

| | |
|---|---|
| VERMONT SUPERIOR COURT<br>Washington Unit<br>65 State Street<br>Montpelier VT  05602<br>802-828-2091<br>www.vermontjudiciary.org | CIVIL DIVISION<br>Case No. 22-CV-01557 |

**Ronald Gagne, Jr. v Nicholas Deml et al**

# ORDER OF DISMISSAL FOR FAILURE TO SERVE DEFENDANT

On August 11, 2022, the Court sent notice that the complaint would be dismissed unless proof of service was filed. Nothing further has been submitted. Therefore, pursuant to Rule 41(b), this case is dismissed:

*[signature]*

Superior Judge   8/30/2022