| VERMONT SUPERIOR COURT | | CIVIL DIVISION |
|---|---|---|
| Washington Unit |  | Case No. 22-CV-01557 |
| 65 State Street | | |
| Montpelier VT  05602 | | |
| 802-828-2091 | | |
| www.vermontjudiciary.org | | |

Ronald Gagne, Jr. v Nicholas Deml et al

# ENTRY ORDER

The Court held a status conference this morning in this relatively new matter.  Ms. Gagne appeared and represented herself.  Attorney Pamela represented the Defendants.  Ms. Gagne seeks damages for being denied meat, and being forced to eat a vegetarian diet (she is soy intolerant), for the 3½ years that she was housed by DOC at a correctional facility in Mississippi.  Her complaint seeks injunctive relief and was filed as a Rule 75 appeal, but now that she has been transferred back to Vermont, she no longer is seeking injunctive relief (she is being allowed meat at the correctional facility here).  Ms. Gagne will need to file an amended complaint to clarify that she is seeking civil damages, not injunctive relief, and to assert a civil claim, not a Rule 75 appeal.

The Court gave Ms. Gagne a deadline of January 6, 2023, to file an amended complaint.  Defendants will answer or otherwise respond to the amended complaint within the time required by the Rules.  The Court also gave the parties a deadline of January 31, 2023, to agree upon and jointly submit a proposed scheduling order for the completion of discovery and other required tasks in this case.

Electronically signed on 12/13/2022 9:24 AM, pursuant to V.R.E.F. 9(d)

_____
Robert A. Mello
Superior Judge